Justin Fok, Esq., CA Bar No. 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Payam Rabiei

ORIGINAL
FILED

Dec 14 2007



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT

| | |
|---|---|
| **Payam Rabiei,** | ) Case No. |
| Plaintiff, | ) |
| | ) **C07 06373 RMW** |
| v. | ) **HRL** |
| | ) **PLAINTIFF'S ORIGINAL COMPLAINT** |
| **Michael Chertoff**, Secretary of the | ) **FOR WRIT IN THE NATURE OF** |
| Department of Homeland Security, | ) **MANDAMUS & DECLARATORY** |
| **Emilio T. Gonzalez**, Director of United States | ) **JUDGMENT UNDER 28 U.S.C. § 1361** |
| Citizenship and Immigration Services, | ) |
| | ) |
| Defendants. | ) **Immigration Case** |
| | ) |
| | ) |
| | ) |
| | ) |

Plaintiff, Payam Rabiei, by and through his attorney of record, opens this lawsuit against the Defendants and will show this Court the following:

1.      Plaintiff, Payam Rabiei, brings this case to compel action on the delayed processing of his I-485, *Application to Register Permanent Residence or Adjust Status*.  This case remains within the jurisdiction of the Defendants who have improperly delayed and withheld action on these cases to Plaintiff's detriment.

Case No.                                                          1
Complaint

**PARTIES**

2.    Plaintiff, Payam Rabiei, is a resident of Sunnyvale, CA, which is within the jurisdiction of this Court. Payam Rabiei is the derivative applicant of an I-485 application which has been submitted to the United States Citizenship and Immigration Services.

3.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. Defendant Chertoff is responsible for enforcement of the Immigration and Nationality Act and its related regulations, which provide for the processing of I-485 immigrant petitions.

4.    Defendant, Emilio T. Gonzalez, is the Director of the USCIS, an agency within DHS, and this action is brought against him in his official capacity. Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including I-485 immigrant petitions.

**JURISDICTION**

5.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.    This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.    Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS with documents that clearly establish eligibility to register as a permanent resident. As will be demonstrated by the evidence, Plaintiff has followed up with numerous inquiries and requests to

Case No.                                   2
Complaint

1   the pertinent administrative agencies attempting to expedite his delayed case.

2                                **CAUSE OF ACTION**

3   9.      Plaintiff, as the derivative applicant, properly filed an I-485, *Application to Register*

4   *Permanent Residence or Adjust Status*, with the USCIS based on his spouse's approved I-140

5   petition **(EXHIBIT 1)**. The I-485 application, all supporting documentation, and the $385 filing

6   fee were received by the California Service Center on September 29, 2004 **(EXHIBIT 2).**

7   10.     On October 27, 2005, Plaintiff submitted his fingerprints at the USCIS San Jose

8   Application Support Center **(EXHIBIT 3)**.

9   11.     On March 21, 2007, Plaintiff again submitted his fingerprints at the USCIS San Jose

10  Application Support Center **(EXHIBIT 4)**.

11  12.     On June 1, 2007, Plaintiff appeared before the USCIS San Jose Sub Office for an

12  Infopass appointment. Plaintiff was informed that his I-485 application was pending due to the

13  FBI name check **(EXHIBIT 5)**.

14  13.     The Defendants' actions have gone well beyond the expected 6 months processing time

15  for the adjudication of an employment-based I-485 application (See California Service Center I-

16  485 cases posted November 14, 2007) **(EXHIBIT 6)**.

17  14.     It has been over three years since Plaintiff submitted his I-485 case with the USCIS on

18  September 29, 2004.

19  15.     Defendants have failed to adhere to their own processing times and procedures.

20  16.     Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication

21  of his I-485 application.

22  17.     The Defendants have contracted out the name check for Plaintiff's case to the Federal

23  Bureau of Investigation.

24  18.     But for the pending name check, Plaintiff would receive approval for his I-485

25  application.

26  19.     Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

27  their duties under the law. Specifically:

28          (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel

Case No.                              3
Complaint

1    or work without restriction. He must spend additional time and pay additional filing

2    fees each year in order to work and travel legally.

3    (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of the

4    United States, thus delaying his obtainment of the rights and privileges enjoyed by

5    citizens of the United States.

6    (c) Plaintiff must wait to make major life decisions until him legal permanent residence

7    petition is resolved, thus causing his undue stress and anxiety.

8    20.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

9    Plaintiff's I-485, a duty delegated to them by law.

10    21.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

11    unlawfully withholding action on Plaintiff's cases, and have unreasonably delayed action on

12    Plaintiff's cases.

13    22.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

14    unlawfully delaying action on Plaintiff's cases and have failed to complete the adjudicative

15    functions delegated to them by law within a reasonable time.

16                                            **PRAYER**

17    23.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

18    respectfully prays that the defendants be cited to appear, and that upon due consideration, the

19    Court enter an order:

20    (a) requiring the USCIS to complete adjudication of Plaintiff's I-485 Application within

21    60 days of receiving the Court's Order;

22    (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

23    (c) granting such other relief at law and in equity as justice may require.

24

25    Dated: December 10, 2007                          Respectfully Submitted,

26

27

28                                                     Justin Fok, CA Bar: 242272
                                                       Attorney for Plaintiff

Case No.                          4
Complaint

1

**EXHIBIT LIST**

2

3   Exhibit 1:     Plaintiff's spouse's I-140 approval notice

4   Exhibit 2:     Plaintiff's I-485 Receipt Notice

5   Exhibit 3:     Plaintiff's fingerprint appointment notice and biometrics processing stamp dated

6                  October 27, 2005

7   Exhibit 4:     Plaintiff's fingerprint appointment notice and biometrics processing stamp dated

8                  March 21, 2007

9   Exhibit 5:     Infopass appointment notice

10  Exhibit 6:     I-485 processing dates posted November 14, 2007 from the California Service

11                 Center

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** <br> WAC-05-003-55243 | **CASE TYPE** I140 <br> IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE** <br> October 5, 2004 **PRIORITY DATE** <br> December 26, 2001 | **PETITIONER** <br> INTERVIDEO INC |
| **NOTICE DATE** <br> December 28, 2004 **PAGE** <br> 1 of 1 | **BENEFICIARY** A97 880 148 <br> HUNG, HSIN LING |

| | |
|---|---|
| INTERVIDEO INC <br> C/O LILY TRAN <br> 46430 FREMONT BLVD <br> FREMONT CA 94538 | **Notice Type:** Approval Notice <br> Section: Mem of Profession w/Adv Deg,or <br> of Exceptn'l Ability <br> Sec.203(b)(2) |

Courtesy Copy: Original sent to: CHANG, CHARLENE S

This courtesy notice is to advise you of action taken on this case.  The official notice has been mailed to the attorney or representative indicated above.  Any relevant documentation included in the notice was also mailed as part of the official notice.

---

The above petition has been approved.  The approved petition will be stored in this office.  If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



# Exhibit 2

FROM :LAW OFFICE OF CHARLENE CHANG  FAX NO. :14087270587    ot. 11 2004 11:49AM  P5

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action** 0916

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-003-54788 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE September 29, 2004 | PRIORITY DATE | APPLICANT A97 880 149 RABIEI, PAYAM |
| NOTICE DATE October 6, 2004 | PAGE 1 of 1 | |

| CHARLENE S. CHANG LAW OFFICE OF CHARLENE S CHANG RE: PAYAM RABIEI 2625 AUGUSTINE DR SUITE 236 SANTA CLARA CA 95054 | Notice Type:  Receipt Notice<br><br>Amount received: $  385.00<br><br>Section: Derivative adjustment |
|---|---|

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov. On our website you can also sign up to get free email updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1 800 375 5283

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

*To Hsin Ling*
*1 pg only*
*10/11/04 AC*

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# Exhibit 3

# ASC Appointment Notice

| | | | | |
|---|---|---|---|---|
| | | | | NOTICE DATE |
| | | | | 09/22/2005 |
| CASE TYPE | | SOCIAL SECURITY NUMBER | | USCIS A# |
| I485  Application to Register Permanent Resident or Adjust Status | | | | A097880149 |
| APPLICATION NUMBER | CODE | SERVICE CENTER | | PAGE |
| WAC0500354788 | 3. | WSC | | 1 of 1 |

PAYAM RABIEI

PALO ALTO, CA 94301

USCIS QA REVIEW BY
ON  OCT 2 7 2005
QA REVIEW BY
ON  OCT 2 7 2005

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/27/2005 |
| 122 CHARCOT AVE. | 9:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE and**

**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

| | |
|---|---|
| USCIS SAN JOSE | APPLICATION NUMBER 1 |
| 122 CHARCOT AVE. | I485  -  WAC0500354788 |
| SAN JOSE, CA 95131 | |

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 4

## THE UNITED STATES OF AMERICA

### ASC Appointment Notice

| APPLICATION NUMBER | NOTICE DATE |
|---|---|
| WAC0500354788 | 2/21/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | A097880149 | 1 |

| | TCR | SERVICE CENTER | PAGE |
|---|---|---|---|
| | | WSC | 1 of 1 |

PAYAM RABIEI
c/o CHARLENE S CHANG
LAW OFFICE OF CHARLENE S CHANG
2620 AUGUSTINE DR SUITE 236
SANTA CLARA, CA 95054



To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN JOSE | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 122 CHARCOT AVE. | **DATE AND TIME OF APPOINTMENT** |
| SAN JOSE, CA 95131 | 03/21/2007 |
| | 1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER I

I485    -    WAC0500354788



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 5



**Name:** **Payam Rabiei**

**Appointment Type:** Question about case

**Confirmation No.:** SNJ-07-13387

**Authentication Code:** 177cc

**Appointment Date:** **June 1, 2007**

**Appointment Time:** **8:30 AM**

**Location:** 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



*SNJ-07-13387*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 71719

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

# Exhibit 6



Search



Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
# California Service Center Processing Dates
# Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **California Service Center** Posted November 14, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 29, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of | 2 Months |

| | | status in the U.S. | |
|---|---|---|---|
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 29, 2007 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | 3 Months |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 17, 2007 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 6 Months |
| **I-526** | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | 6 Months |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | 3 Months |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | 3 Months |
| | | | |

| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | 3 Months |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | March 06, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c) (8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c) (19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | April 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

Print This Page    Back