1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
                                                            ***E-FILED - 4/10/08***
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12  PAYAM RABIEI,                        )       6373
                                         )   No. C 07-XXX RMW
13              Plaintiff,               )
                                         )
14         v.                            )   **STIPULATION TO DISMISS AND**
                                         )   **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the   )
    Department of Homeland Security;     )
16  EMILIO T. GONZALEZ, Director of      )
    United States Citizenship and Immigration )
17  Services,                            )
                                         )
18              Defendants.              )
                                         )
19  _____

20      Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

23  ///

24  ///

25  ///

26  ///

27  ///

28
    Stipulation to Dismiss
    C07-6373 RMW                             1

Each of the parties shall bear their own costs and fees.

Dated: March 27, 2008                            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                              /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants


Dated: March 27, 2008                                                                          /s/
JUSTIN FOK
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: 4/10/08                                    *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.